JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Karthik_Raju@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-124 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER OF RELEASE |
| v. | |
| ALVIN MERRITE, | |
| Defendant. | |

Defendant Alvin Merrite is hereby ORDERED released from the custody of the U.S. Marshal Service forthwith.

Defendant is to immediately report to the TRP Residential Treatment Program at 1018 Mission St., San Francisco.

IT IS SO ORDERED.

Date:   May 7, 2026

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE